IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATRAUN DECOLE GLOVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-1008-C |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

Consistent with the Report and Recommendation entered November 14, 2011, and without objection from either party, the request for leave to proceed in forma pauperis is stricken on grounds of mootness.

The matter is again committed to the Magistrate Judge under the original Order of Referral.

IT IS SO ORDERED this 11th day of January, 2012.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge