IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATRAUN DECOLE GLOVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-1008-C |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent. | ) | |

ADMINISTRATIVE CLOSING ORDER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on January 20, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. The Court finds it appropriate to administratively close this case pending exhaustion of state remedies. Within thirty days Petitioner shall file notice with the Clerk of this Court, showing that he has initiated exhaustion of his state court remedies, failing which the action will be dismissed without prejudice. Petitioner must reopen this case within fourteen days of a final disposition in state court.

IT IS THEREFORE ORDERED that the Clerk administratively terminate this action in his records for an indefinite period. If Petitioner fails to file a notice with the Clerk of this

Court, showing that he has initiated exhaustion of his state court remedies, this action will be dismissed without prejudice. If a notice is filed, Petitioner must reopen this case within fourteen days of a final disposition in state court.

    IT IS SO ORDERED this 28th day of February, 2012.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge